## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  ROBERT M. LEVY      DATE : 12/13/05      TIME:

DOCKET NUMBER :  05 CR 842 (ARR)          TAPE # :  05/ 2 0 4  (1380 — 2774)

DEFENDANT'S NAME :   THEODORE PAPAHATIZ
                 _X_ Present      ___ Not Present      ✓ Custody      ___ Bail

DEFENSE COUNSEL :    MICHAEL GOLD
               ___ Federal Defender   _X_ CJA      ___ Retained

A.U.S.A  E. SCOTT MORVILLO            DEPUTY CLERK :  L. JACKSON

INTERPRETER :                                (Language)

_____ Hearing held. _____ Hearing adjourned to_____

✓ Defendant was released on $300,000 _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

✓ ~~Additional~~ 1 surety (ies) to co-signed bond by _12/16/05_ (deff's grandmother)

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

_X_ Order of Speedy Trial entered.   Code Type____   Start_ 12/13/05 _   Stop _2/8/06_

_X_ Defendant's first appearance.   _X_ Defendant arraigned on the superseding indictment.

____ Defendant informed of rights.

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the superseding indictment

_X_ Status conference set for _2/8/06_   @ 11A.M.  before Judge  Ross.

OTHERS :