# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AT ★ DEC 13 2005 ★
BROOKLYN OFFICE

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **Theodore Papahatzis**

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 05 CR 842 (ARR)
District Court:
Court of Appeals:

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: BDA Payphones
IF YES, how much do you earn per month? $1,600
IF NO, give month and year of last employment. How much did you earn per month $___
If married is your Spouse employed? ☐ Yes ☐ No

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $1,500
residue no bank account

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

## OBLIGATIONS & DEBTS

**DEPENDENTS**
Marital Status: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

**DEBTS & MONTHLY BILLS**

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| rent | | $1050 |
| electric | | $180 |
| phone | | $55 |
| Capital one | $300 | $100 |
| Merrick Bank | 1000 | 150 |
| Household Bank | 1500 | 100 |

SIGNATURE OF DEFENDANT: Theodore P.
Date: 12/13/05

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.