# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **Robert Levy**  DATE: **12/15/05**  TIME: _____

DOCKET NUMBER: **05 CR 842 (ARR)**  TAPE #: **Levy/05/1226 (0-245)**

DEFENDANT'S NAME: **Theodore Papahatzis**
  ✓ Present  ___ Not Present  ___ Custody  ✓ Bail

DEFENSE COUNSEL: **Michael Gold**
  ___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A  ———  DEPUTY CLERK: **L. Jackson**

INTERPRETER: _____ (Language) _____

**Bond Signing** _____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

✓ **1 (deft's grandmother, Rosaria Tolonen)**
✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___  Start_____  Stop_____

___ Order of Speedy Trial entered.  Code Type___  Start_____  Stop_____

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: **Conditions of release modified. (see bond)**