PW:CBD/ESM
F.#2005R00700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SALVATORE CANNISTRACI,
ROBERT BASILE,
    also known as "RZ,"
EVAN BOBCHIN,
VINCENT CANNISTRACI,
DANIEL ESPINAL,
CHRISTOPHER GILL,
    also known as "CH,"
THEODORE PAPAHATIZ,
JOSEPH PRESTIA,
KEITH TOOGOOD,
    also known as
    "Wha" and
    "French",
DORI WEINSTOCK,
JOSEPH DAVINO,
MICHAEL SCOTT,
GAVIN PANDAY,
████████████

KENNETH ROSARIO,
MICHAEL ARBOLEDA,
STANLEY SUKHOLINSKIY,
JOSEPH PACE, JR. and
████████████

        Defendants.

- - - - - - - - - - - - - - X

SUPERSEDING
INDICTMENT

Cr. No. 05-0842 (S-1) (ARR)
(T. 21, U.S.C., §§ 846,
841(a)(1) and 841(b)(1)(C);
T. 18, U.S.C., §§ 2 and
3551 et seq.)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ JUN - 7 2006 ★

P.M. _____
TIME A.M. _____

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

    1.   In or about and between March 2005 and November
2005, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
SALVATORE CANNISTRACI, ROBERT BASILE, also known as "RZ," EVAN

131.

BOBCHIN, VINCENT CANNISTRACI, DANIEL ESPINAL, CHRISTOPHER GILL, also known as "CH," THEODORE PAPAHATIZ, JOSEPH PRESTIA, KEITH TOOGOOD, also known as "Wha" and "French," DORI WEINSTOCK and JOSEPH DAVINO, together with others, did knowingly and intentionally conspire to distribute and to possess with intent to distribute substances containing (a) cocaine, a schedule II controlled substance, (b) marijuana, a Schedule I controlled substance, and (c) MDMA, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO

2.    In or about and between March 2005 and November 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants SALVATORE CANNISTRACI, JOSEPH DAVINO, MICHAEL SCOTT, GAVIN PANDAY, ▆▆▆▆▆▆▆ KENNETH ROSARIO, MICHAEL ARBOLEDA, STANLEY SUKHOLINSKIY, JOSEPH PACE, JR. and ▆▆▆▆▆▆▆ together with others, did knowingly and intentionally conspire to distribute and to possess with intent to distribute substances containing (a) marijuana, a Schedule I controlled substance, and (b) MDMA, a

Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

COUNT THREE

3.    On or about March 30, 2005, within the Eastern District of New York and elsewhere, the defendants SALVATORE CANNISTRACI and JOSEPH DAVINO, together with others, did knowingly and intentionally possess with intent to distribute a substance containing MDMA, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 <u>et</u> <u>seq</u>.)

COUNT FOUR

4.    On or about April 27, 2005, within the Eastern District of New York and elsewhere, the defendants SALVATORE CANNISTRACI and JOSEPH DAVINO, together with others, did knowingly and intentionally possess with intent to distribute a substance containing MDMA, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 <u>et</u> <u>seq</u>.)

## COUNT FIVE

5.    On or about June 9, 2005, within the Eastern District of New York and elsewhere, the defendants SALVATORE CANNISTRACI and JOSEPH DAVINO, together with others, did knowingly and intentionally possess with intent to distribute a substance containing MDMA, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SIX

6.    On or about July 21, 2005, within the Eastern District of New York and elsewhere, the defendant SALVATORE CANNISTRACI, together with others, did knowingly and intentionally possess with intent to distribute a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136